AO 442 (Rev. 11/11) Arrest Warrant

BENSALEM
POLICE / FBI

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.
BO BRANSTETTER
*Defendant*

Case No. 26-CR-384-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* BO BRANSTETTER ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:2422(b) - ATTEMPTED USE OF AN INTERSTATE COMMERCE FACILITY TO ENTICE A MINOR TO ENGAGE IN SEXUAL CONDUCT
18:1470 - ATTEMPTED TRANSFER OF OBSCENE MATERIAL TO A MINOR

Date: 08/19/2026

s/ Eric Sobieski
*Issuing officer's signature*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

City and state: Philadelphia, Pa

Eric Sobieski, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/19/26 , and the person was arrested on *(date)* 8/24/26
at *(city and state)* DOYLESTOWN .

Date: 8/24/26

*Arresting officer's signature*

ADAM [illegible]
*Printed name and title*